IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAMILO FERNANDO MANRIQUE PENA,

*Petitioner*,

v.

LEONARD ODDO, *et al*,

*Respondents*.

Civil Action No. 3:26-cv-267

Hon. William S. Stickman IV

## <u>ORDER OF COURT</u>

Petitioner is a citizen of Columbia who entered the United States illegally in 2023.  He was released into the United States on his own recognizance.  He was rearrested in July, 2025, and has been detained in the Moshannon Valley Processing Center since October, 2025. Petitioner filed a Petition for Habeas Corpus (ECF No. 1) seeking an individualized bond hearing or immediate release.

The Court notes that Petitioner has already received an individualized bond hearing. While noting the position that Petitioner may be held as an arriving alien under 8 U.S.C. §1225, the immigration judge ("IJ") proceeding to examine the individual merits of Petitioner's bond request.  The IJ determined that bond is not warranted because of Petitioner's relatively recent arrival in the United States, limited community ties, lack of any evidence of employment, lack of fixed address and/or familial ties.  (ECF No. 10-3, pp. 3-4).  The Court does not have the authority to second-guess the determination of the IJ.

Further, Petitioner has not demonstrated that his detention pending removal violates the United States Constitution.  The Court finds that the Government has not

unreasonably delayed pursing removal proceedings. The Court holds that his immigration proceedings have moved forward at a normal rate, without unreasonable delay.

AND NOW, this 1st day of April, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1 ) is DENIED.

BY THE COURT:

*/s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE